456 A.2d 1101

Vossenberg, M.D. v. Plitt, Appellant.

Argued November 16, 1982. Julia Beall Passyn, for appellant; William J. Brennan, for appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

Order affirmed.